UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
AT GREENBELT

| | |
|---|---|
| IN RE: | BCN#: 18-12712 |
| FLEANCE MACDUFF BARNES | Chapter 13 |
| Debtor(s) | |

U.S. Bank National Association, solely in
its capacity as trustee Lehman Mortgage
Trust Mortgage Pass-Through Certificates,
Series 2007-8
and its assignees and/or
successors in interests,

v.

FLEANCE MACDUFF BARNES

## Notice of Representation

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for U.S. Bank National Association, solely in its capacity as trustee Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-8, a secured creditor of the above referenced Debtor(s) whose debt is secured   by real property.

2. Counsel requests that copies of any further notices, pleadings, plans, etc. be sent to SHAPIRO & BROWN, LLP, 10021 Balls Ford Road, Suite 200, Manassas, Virginia 20109.

By   /s/ Renee Dyson_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire

Federal I.D. Bar No. 22531
Philip S. Shriver, Esquire
Federal I.D. Bar No. 20037
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
counsel for U.S. Bank National Association, solely in its capacity as trustee Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-8
SHAPIRO & BROWN, LLP
10021 BALLS FORD ROAD, SUITE 200
MANASSAS, VIRGINIA 20109
(703) 449-5800   18-273319

CERTIFICATE OF SERVICE

I hereby certify that on the  7th      day of  March    ,  2018    the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice

| | |
|---|---|
| Kobi O. Smith<br>1401 Mercantile Lane<br>Upper Marlboro, MD 20772 | Debtor's Attorney |
| Nancy Spencer Grigsby<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Fleance Macduff Barnes<br>7616 Leona Street<br>District Heights, MD 20747 | Debtor(s) |

     /S/ Renee Dyson             
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Philip S. Shriver, Esquire
Federal I.D. Bar No. 20037
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
10021 BALLS FORD ROAD, SUITE 200
MANASSAS, VIRGINIA 20109
(703) 449-5800   18-273319